ORIGINAL

RECEIVED
MAR 27 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-213 C

Plaintiff(s) or Petitioner(s)
The Centre on 441, LLP, a Florida Limited Partnership

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Kenneth M. Curtin

Firm Name: Ruden, McClosky, Smith, Schuster & Russell, P.A.

Post Office Box:

Street Address: 222 Lakeview Avenue, Suite 800

City-State-Zip: West Palm Beach, FL 33401

Telephone & Facsimile Numbers: (561) 838-4511 and Fax # (561) 514-3411

Is the attorney of record admitted to the Court of Federal Claims Bar? X Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? X Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: P S

See attached sheet for three-digit codes.

Amount Claimed: $500,000.00 approximately

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes X No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes X No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes X No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.