IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CENTRE ON 441, LLP, a FLORIDA LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | No. 08-213C (Judge Hodges) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court Federal Claims, defendant respectfully requests an enlargement of time of 31 days, to and including June 27, 2008 within which to file our answer or otherwise respond to plaintiff's complaint. Our response is currently due on May 27, 2008. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel advised us that plaintiff concurs with our request.

The requested enlargement is necessary to permit counsel to confer with the agency regarding how best to proceed with this litigation. Agency counsel is still in the process of gathering documents. Pursuant to 28 U.S.C § 520, agency counsel has been diligently complying with our request for a litigation report, but needs additional time to fully provide the relevant information. Granting the enlargement will insure the Government has sufficient facts and information to file a responsive pleading.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Attorneys for Defendant

May 22, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO THE COURT'S ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin