# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| THE CENTRE ON 441, LLP, a FLORIDA LIMITED PARTNERSHIP, | * | |
| Plaintiff, | * | No. 08-213C |
| v. | * | Filed: June 3, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's motion for an enlargement of time to respond to plaintiff's Complaint is GRANTED. Defendant will file its response no later than June 27, 2008.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge