# In the United States Court of Federal Claims

* * * * * * *

THE CENTRE ON 441, LLP, a FLORIDA LIMITED PARTNERSHIP, *
Plaintiff, * No. 08-213C

v. * Filed: August 4, 2008
UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We received the parties joint status report on July 31. The court will enter the following discovery schedule:

| | |
|---|---|
| Plaintiff's Expert Witness Disclosures | October 31, 2008 |
| Defendant's Expert Witness Disclosures | November 17, 2008 |
| Close of Fact Discovery | December 31, 2008 |
| Submission of Dispositive Motions | February 13, 2009 |

The parties will propose a reasonable pre-trial and trial schedule by status report to be filed with the court within seven days after the close of discovery.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge